**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FELIPE SANCHEZ, et al., | Case No.: 2:26-cv-00841-APG-NJK |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| ELIAS CEBREROS, et al., | |
| Defendants | |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff for diversity jurisdiction purposes as required by that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by April 10, 2026.

DATED this 27th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE