**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FELIPE SANCHEZ, et al.,

    Plaintiffs,

v.

ELIAS CEBREROS, et al.,

    Defendants.

Case No. 2:26-cv-000841-APG-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by May 11, 2026.

IT IS SO ORDERED.

Dated: May 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1