**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FELIPE SANCHEZ, et al.,

    Plaintiffs,

v.

ELIAS CEBREROS, et al.,

    Defendants.

Case No. 2:26-cv-00841-APG-NJK

**Order**

[Docket No. 16]

Pending before the Court is a stipulation that Plaintiff will submit to a medical examination, as well as procedures for that examination.  Docket No. 16.

"Unless a discovery-related stipulation interferes with court proceedings or deadlines, parties may agree among themselves to discovery procedures without judicial approval*." Cross v. Walmart, Inc.*, 350 F.R.D. 395, 2025 WL 3003341, at *2 (D. Nev. Oct. 27, 2025) (citing Fed. R. Civ. P. 29; Local Rule 7-1(b)).  Permissible extra-judicial discovery agreements may extend to Rule 35 medical examinations.  *See, e.g., Comminey v. Sam's W. Inc.*, 2020 U.S. Dist. LEXIS 91936, 2020 WL 2764610, *1 (D. Nev. May 27, 2020) (holding that magistrate judge correctly determined that judicial oversight was unnecessary for stipulation for Rule 35 medical examination).  The pending stipulation fails to explain why judicial approval is necessary.

Accordingly, the Court **DENIES** the stipulation as unnecessary.  Docket No. 16.

IT IS SO ORDERED.

Dated: July 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1