Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333-0000
Facsimile: (702) 333-0001
justin@tingeylawfirm.com
eservice@tingeylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FELIPE SANCHEZ and EVALYN ALCANTARA,

Plaintiffs,

vs.

ELIAS CEBREROS and DC CARRIERS, INC.,

Defendants.

Case No: 2:26-cv-00841-APG-NJK

**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)**

COME NOW Plaintiffs FELIPE SANCHEZ and EVALYN ALCANTARA, Defendants ELIAS CEBREROS and DC CARRIERS, INC., by and through their respective counsel of record, hereby submit this Stipulation and Order to Extend Discovery Deadlines (Second Request) for the Court's consideration pursuant to Local Rules 26-4.

## I. DISCOVERY COMPLETED TO DATE

1. The Parties filed a joint discovery plan on May 11, 2026;
2. Defendants Elias Cebreros and DC Carriers, INC., served initial FRCP 26(a)(1) disclosures on May 1st, 2026;

3. Plaintiffs served initial FRCP 26(a)(1) disclosures on May 14th, 2026;
4. Defendants Elias Cebreros and DC Carriers, Inc., served written discovery request to plaintiff Felipe Sanchez on May 26, 2026;
5. Defendants Elias Cebreros and DC Carriers, Inc., served written discovery requests to plaintiff Evalyn Alcantara on May 29, 2026;
6. Plaintiff Felipe Sanchez served responses to Defendants' written discovery on June 18, 2026;
7. Plaintiff Evalyn Alcantara served responses to Defendants' written discovery on June 26, 2026;
8. Plaintiff Felipe Sanchez served written discovery to Defendants Elias Cebreros and DC Carriers, INC. on July 28, 2026;
9. Deposition of Plaintiff Felipe Sanchez taken on July 24, 2026;
10. Deposition of Plaintiff Evalyn Alcantara taken on July 22, 2026;
11. FRCP Rule 35 Examination of Plaintiff Felipe Sanchez on July 23, 2026;
12. Plaintiffs' and Defendants' Initial Expert Disclosures on September 29, 2026.

## II. DISCOVERY TO BE COMPLETED

9. Deposition of Defendant Elias Cebreros (originally noticed for September 25, 2026, but continued in lieu of mediation);
10. Deposition of Defendant DC Carriers, INC., 30(b)(6) witness;
11. Depositions of Andrew Hall, M.D. (originally noticed for September 29, 2026, but continued in lieu of mediation);
12. Deposition of Katherine Travnicek, M.D. (originally noticed for September 18, 2026, but continued in lieu of mediation); and

13. Deposition of Craig Tingey, M.D. (originally noticed for September 18, 2026, but continued in lieu of mediation); and
14. Rebuttal expert disclosures.

## III. WHY DISCOVERY CAN NOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER

Good cause exists in this case to grant a discovery extension. The parties participated in a mediation with Hon. Jay Young (Ret.), on October 7, 2026. At the mediation the parties were able to resolve claims related to Plaintiff Evalyn Alcantara, but negotiations are continuing for Plaintiff Felipe Sanchez.

In light of the current October 30, 2026, deadline for disclosure of rebuttal expert opinions, and November 30, 2026 discovery cut off, the parties request a 30-day extension of time. This extension will allow the parties a final opportunity to negotiate the matter without incurring significant costs related to rebuttal expert fees which could impact the feasibility of settlement.

This secdon request will not impact the initial expert deadline that has passed, nor will it affect the trial date as this matter has not yet been set for trial. No prejudice will arise to either party, as both parties agree an extension is warranted in light of the joint efforts related to negotiations.

Moreover, this extension will help to ensure that unnecessary funds are not expended while negotiations are ongoing. Accordingly, the parties respectfully request an extension of the current deadlines as indicated below. This is the second request for an extension of discovery in this matter.

//

//

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosures | September 29, 2026 | **UNCHANGED** |
| Rebuttal Expert Disclosures | October 30, 2026 | **November 30, 2026** |
| Close of Discovery | November 30, 2026 | **December 30, 2026** |
| Dispositive Motions | December 28, 2026 | **January 28, 2027** |
| Joint Pretrial Order | January 29, 2027 | **February 27, 2027** |

The parties have entered this Stipulation in an effort to complete discovery and potentially resolve the matter. It is not the intent of the parties to delay the conclusion of this matter. The parties wish to obtain any and all necessary information, through formal discovery, to evaluate this case for further settlement purposes and to prepare the case for trial.

## V. CURRENT TRIAL DATE

No trial date has been scheduled. The parties have acted in good faith in this matter in terms of complying with discovery deadlines but require additional time for discovery.

Dated this 21st day of October, 2026.

Tingey Injury Law Firm

/s/ Justin L. Dewey

Justin L. Dewey, Esq.
817 S. Main St.
Las Vegas, NV 89101
Attorney for Plaintiffs

Dated this 21st day of October, 2026.

Winner & Booze

/s/ Christine Booze

Christine Booze, Esq.
1117 S. Rancho Dr.
Las Vegas, NV 89102
Attorney for Defendant

Case No: 2:26-cv-00841-APG-NJK

**ORDER**

When parties seek to delay discovery based on a mediation, they are expected to seek relief from the Court **before** the mediation, not after. *See, e.g.*, *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 n.8 (D. Nev. 2022). Nonetheless, the Court GRANTS this stipulation as a one-time courtesy. The Court RESETS case management deadlines as follows:

| | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosures | September 29, 2026 | **UNCHANGED** |
| Rebuttal Expert Disclosures | October 30, 2026 | **November 30, 2026** |
| Close of Discovery | November 30, 2026 | **December 30, 2026** |
| Dispositive Motions | December 28, 2026 | **January 28, 2027** |
| Joint Pretrial Order | January 29, 2027 | **February 27, 2027** |

IT IS SO ORDERED.
Dated: October 21, 2026

.

.

Nancy J. Koppe
United States Magistrate Judge